and surpluses [2]. In my judgment, IBC's reserve holdings should be challenged there, for the Insurance Department can provide complete redress of all of appellants' issues; thus, it has exclusive jurisdiction over the claim. *See generally Empire Sanitary Landfill, Inc. v. Commonwealth, Department of Environmental Resources,* 546 Pa. 315, 684 A.2d 1047, 1053 (1996) (quoting *National Solid Wastes Management Association v. Casey,* 135 Pa.Cmwlth. 134, 580 A.2d 893, 897 (1990), *aff'd,* 533 Pa. 97, 619 A.2d 1063 (1993)) ("A court is '[t]o defer judicial review where the question presented is one within an agency specialization and where the administrative remedy is likely to produce the desired result.' "). Appellants can pursue their challenge to the alleged excessive reserves and surpluses IBC held through the Insurance Department. 1 Pa.Code § 35.9.

Therefore, I would affirm the Commonwealth Court's grant of preliminary objections.

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michael L. SANFORD, Respondent.**

Supreme Court of Pennsylvania.

Nov. 21, 2006.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED.** *See Commonwealth v. Sanford,* 580 Pa. 604, 863 A.2d 428 (2004). Jurisdiction relinquished.

Justice SAYLOR notes his dissent.

---

**2.** Since the initiation of this suit, IBC and the other Pennsylvania Blue Insurance Plans sought approval of their reserves and surpluses by the Insurance Commissioner. The Commissioner issued a determination and order February 9, 2005, which laid out the range of acceptable surplus levels and ordered for the 2003 calendar year IBC's surplus level was "efficient." Insurance Department Order, Re: Applications of Capital Blue Cross, *et al.,* Misc. Docket No. MS05–02–006, at 1.

Additionally, appellants filed a complaint in the Insurance Department requesting the Insurance Commissioner make a determination that IBC's surpluses and reserves are excessive and order appropriate relief. The Insurance Commissioner issued an order dismissing the complaint because appellants did not utilize the proper vehicle to raise their challenge; a class action complaint was not the proper vehicle. Order of Insurance Commissioner, Docket No. FC03–01–036, filed June 17, 2004.